

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2018

No. 04-18-00308-CR

Quinton **COX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-10-00139-CRK
Honorable H. Paul Canales, Judge Presiding

# O R D E R

Appellant's brief was originally due August 29, 2018; however, the court granted an extension of time to file the brief until September 28. Appellant has filed a motion requesting an additional extension of time.

We **grant** the motion and order the brief due **October 29, 2018** (sixty-one days after the original due date). The court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8, Notes and Comments. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing pursuant to Rule 38.8(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2018.



Keith E. Hottle
Clerk of Court